SOUTHERN DISTRICT OF MISSISSIPPI
**F I L E D**

DEC 2 0 2005

J. T. NOBLIN, CLERK
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**BONNIE SMITH, et al.**                                                                               **PLAINTIFFS**

**VS.**                                                                     **CIVIL ACTION NO.: 4:05cv098TSL-AGN**

**FIRST FAMILY FINANCIAL SERVICES, INC., et al.**                                      **DEFENDANTS**

## AGREED ORDER TO WITHDRAW PREVIOUSLY
## FILED MOTION TO COMPEL ARBITRATION

**THIS MATTER** is before the court on the motion of American Security Insurance Company and Union Security Life Insurance Company to withdraw their previously filed motion to compel arbitration of all claims asserted by Plaintiffs James Smith and Bonnie Smith ("Plaintiffs"), and the court, having considered the motion and being fully advised in the premises and informed that counsel for Plaintiffs has no objection thereto, finds that the subject motion is well-taken and should be granted. This order does not withdraw First Family Financial Services, Inc.'s motion to compel arbitration filed in this case, which is still pending before the court.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that American Security Insurance Company and Union Security Life Insurance Company's motion to withdraw previously filed motion to compel arbitration of all claims asserted by Plaintiffs James Smith and Bonnie Smith is well taken and is **GRANTED**.

**SO ORDERED**, this the 20th day of December, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE

**APPROVED AND AGREED TO BY:**

*[signature]*

Bennie L. Jones, Jr.
**JONES & ASSOCIATES**
206 Court Street
Post Office Box 357
West Point, Mississippi 39773

David Van Every, Esq.
**ATTORNEY-AT-LAW**
Post Office Box 761
Columbus, Mississippi 39703

**Attorneys for Plaintiffs James Smith and Bonnie Smith**

*[signature]*

Walter D. Willson (MSB #7291)
Randy L. Dean (MSB #6011)
**WELLS MARBLE & HURST PLLC**
Post Office Box 131 (39205-0131)
600 Lamar Life Building
317 East Capitol Street
Jackson, Mississippi 39201-3405

**Attorneys for American Security Insurance Company and Union Security Life Insurance Company**