```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    EASTERN DIVISION
```

BONNIE SMITH, ET AL.                                      PLAINTIFFS

VS.                                       CIVIL ACTION NO. 4:05CV98LR

FIRST FAMILY FINANCIAL SERVICES, INC.,
ET AL.                                                    DEFENDANTS

## JUDGMENT

In accordance with the court's memorandum opinion and order entered this date, it is ordered that the complaint herein is dismissed.

SO ORDERED this 23rd day of June, 2006.

```
                              /s/ Tom S. Lee
                              UNTIED STATES DISTRICT JUDGE
```